**Electronically Filed
Supreme Court
SCWC-24-0000386
04-NOV-2025
02:10 PM
Dkt. 7 ODAC**

SCWC-24-0000386

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellant,

vs.

RODERICH JOSE LUNA,
Petitioner/Defendant-Appellee,

and

RODERICK RAMON GOUGE,
Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000386; CASE NO. 1CPC-23-0001225)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Kimura, assigned by reason of vacancy)

Petitioner's Application for Writ of Certiorari, filed on October 13, 2025, is hereby rejected.

DATED: Honolulu, Hawaiʻi, November 4, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Jordon J. Kimura

